AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) |
| v. | ) Case: 1:23-mj-00329 |
| Kyle Douglas McMahan | ) Assigned to: Judge Upadhyaya, Moxila A. |
| DOB: XXXXXX | ) Assign Date: 11/30/2023 |
| | ) Description: COMPLAINT W/ ARREST WARRANT |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 6, 2021__ in the county of _____ in the
_____ in the District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |

18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement During Civil Disorder,
18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority,
18 U.S.C. § 1752(a)(2) - Knowingly, and with intent to impede or disrupt the orderly conduct of Government business,
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building,
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building,
18 U.S.C. § 111(a)(1)- Assaulting, Resisting, or Impeding Certain Officers (Physical Contact)

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: __11/30/2023__

*Judge's signature*

City and state: __Washington, D.C.__    MOXILA A. UPADHYAYA , U.S. Magistrate Judge
*Printed name and title*