AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
### District of Columbia

| | |
|---|---|
| United States of America<br>v.<br><br>Kyle Douglas McMahan<br><br>_____<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) |

Case: 1:23-mj-00329
Assigned to: Judge Upadhyaya, Moxila A.
Assign Date: 11/30/2023
Description: COMPLAINT W/ ARREST WARRANT

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*                                   Kyle Douglas McMahan                                   ,
who is accused of an offense or violation based on the following document filed with the court:

❒ Indictment   ❒ Superseding Indictment   ❒ Information   ❒ Superseding Information   ☒ Complaint
❒ Probation Violation Petition   ❒ Supervised Release Violation Petition   ❒ Violation Notice   ❒ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement During Civil Disorder;
18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) - Knowingly, and with intent to impede or disrupt the orderly conduct of Government business;
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building;
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building;
18 U.S.C. § 111(a)(1)- Assaulting, Resisting, or Impeding Certain Officers (Physical Contact).

Date:      11/30/2023

_____
*Issuing officer's signature*

City and state:            Washington, D.C.

MOXILA A. UPADHYAYA  U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 11/30/2023 , and the person was arrested on *(date)* 12/6/2023<br>at *(city and state)*  Dallas, Texas . |

Date: 12/6/2023

_____
*Arresting officer's signature*

Jimmy Beacher , SA FBI
*Printed name and title*